

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-16-00148-CV

D.A. AND M.A., INDIVIDUALLY AND                                 APPELLANTS
AS NEXT FRIENDS OF A.A., A
MINOR

V.

TEXAS HEALTH PRESBYTERIAN                                        APPELLEES
HOSPITAL OF DENTON, MARC
WILSON, M.D., AND ALLIANCE
OB/GYN SPECIALISTS, PLLC
D/B/A/ OB/GYN SPECIALISTS,
PLLC

----------

## FROM THE 442ND DISTRICT COURT OF DENTON COUNTY
## TRIAL COURT NO. 2013-70299-431

----------

## MEMORANDUM OPINION[1] AND ORDER

----------

---

[1]*See* Tex. R. App. P. 47.4.

We have considered appellants' petition for permissive interlocutory appeal. *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(d), (f) (West Supp. 2015); Tex. R. App. P. 28.3(a), (f), (j).

We grant the petition in part. The court will consider only appellants' first issue: whether civil practice and remedies code section 74.153 applies to medical care provided in an obstetrical unit without the patient first having been evaluated in a hospital emergency department. We deny the remainder of the petition.

Appellants' notice of appeal is deemed filed today. *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(f); Tex. R. App. P. 28.1, 28.3(k). Appellants must file a copy of this order with the trial court clerk. *See* Tex. R. App. P. 28.3(k).

The clerk's record and reporter's record are due on or before June 13, 2016. *See* Tex. R. App. P. 26.1(b), 35.1(b).

Appellants' brief will be due twenty days after the appellate record is filed, and appellees' brief will be due twenty days after appellants file their brief. *See* Tex. R. App. P. 38.6(a)–(b).

The clerk of this court is directed to transmit a copy of this memorandum opinion and order to the attorneys of record, the trial court judge, the trial court clerk, and the court reporter.

PER CURIAM

PANEL: SUDDERTH, GARDNER, and GABRIEL, JJ.

GABRIEL, J., would grant the permissive appeal as to both issues.

2

DELIVERED:  June 2, 2016